IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01772-GPG

BRETT ANDREW, House of Nelson as an individual and on behalf of all other similarly situated,

    Plaintiff,

v.

DANIEL AUSTIN WALZL, as a man, privately,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Brett Andrew Nelson, initiated this action by filing *pro se* a pleading titled "Class Action Claim" (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2).  On June 19, 2019, Magistrate Judge Gordon P. Gallagher ordered Mr. Nelson to cure certain deficiencies if he wishes to pursue his claims.  Mr. Nelson specifically was directed to file a Complaint on the proper form and either to pay filing and administrative fees totaling $400.00 or to file an amended Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) that is signed.  Mr. Nelson also was advised that he may not assert claims on behalf of other individuals because a *pro se* litigant may not represent other *pro se* litigants in federal court, *see* 28 U.S.C. § 1654, and a *pro se* litigant is not an adequate class representative for a putative class action, *see Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000).  Finally, Mr. Nelson was warned that the action would be dismissed without further notice if he failed to cure all of the

deficiencies within thirty days.

Mr. Nelson has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's order directing him to cure the deficiencies.   Therefore, the action will be dismissed.   The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.   See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the "Class Action Claim" (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.   It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 2) is denied as moot.

DATED at Denver, Colorado, this   26th   day of    July   , 2019.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court