IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01772-LTB

BRETT ANDREW, House of Nelson as an individual and on behalf of all other similarly situated,

    Plaintiff,

v.

DANIEL AUSTIN WALZL, as a man, privately,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 26, 2019 it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 26th day of July, 2019.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ S. Phillips,
           Deputy Clerk